IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LOURIM,

        Plaintiff,                 CIV-S-03-1336 LKK GGH PS

    vs.

CROSS COUNTRY BANK,

        Defendant.          <u>ORDER</u>

        On December 8, 2004, the undersigned issued an order vacating the pretrial conference scheduled for December 13, 2004, and resetting the jury trial for June 6, 2005 at 9:00 a.m.  On March 13, 2005, the undersigned issued Findings and Recommendations, which the Honorable Lawrence K. Karlton adopted on April 15, 2005, denying defendant's motion for summary judgment.

        Accordingly, it is ORDERED that:

        1.  A pre-trial conference is reset for July 25, 2005, at 1:30 p.m. in Courtroom No. 4 before the Honorable Lawrence K. Karlton.

        2.  The order of December 8, 2004, setting the jury trial for June 6, 2005, at 9:00 a.m. is vacated.

\\\\\

1

1      3. The jury trial is reset for October 12, 2005 at 10:30 a.m. in Courtroom No. 4
2  before the Honorable Lawrence K. Karlton.
3  DATED: 4/22/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/mb
Lourim1336.so