UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL LOURIM,

          Plaintiff,

   v.

CROSS COUNTRY BANK,

          Defendant.
_____/

NO. CIV. S-03-1336 LKK/GGH PS

O R D E R

    Pursuant to court order, the above-captioned case is set for Pretrial Conference on July 25, 2005.  The court is in receipt of the parties' request to continue the Pretrial Conference.  Good cause appearing, the Pretrial Conference is CONTINUED to September 19, 2005 at 3:30 p.m.  The trial date is VACATED, to be reset at the Pretrial Conference.

////

////

////

////

1

1  The parties shall file their separate and joint pretrial
2 statements in accordance with the magistrate judge's Status Order
3 and the Local Rules.
4  IT IS SO ORDERED.
5  DATED: July 22, 2005.

　　　　　　　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT