UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL LOURIM,

        NO. CIV. S-03-1336 LKK/GGH PS

    Plaintiff,

  v.                                O R D E R

CROSS COUNTRY BANK,

    Defendant.
_____/

Pursuant to court order, the above-captioned case is set for Pretrial Conference on September 19, 2005. The court is in receipt of plaintiff's request to continue the Pretrial Conference.[1] Good cause appearing, the Pretrial Conference is CONTINUED to October 17, 2005 at 3:00 p.m. As this is the second continuance of the Pretrial Conference, plaintiff is informed that no further continuances will be granted.

---

[1] Although entitled a "joint request" by plaintiff, it does not contain defendant's counsel's signature. By letter dated September 13, 2005, counsel for defendant informed the court that he does not oppose the request.

1

1    The parties shall file their separate and joint pretrial
2 statements in accordance with the magistrate judge's Status Order
3 and the Local Rules.
4    IT IS SO ORDERED.
5    DATED: September 13, 2005.
6                        /s/Lawrence K. Karlton
                         LAWRENCE K. KARLTON
7                        SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26